UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DENZEL SAMONTA RIVERS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW BURNS, ROBERT RYMARKEWICZ, WAYNE BAUER, EMILY PROPSON, MAKDA FASSAHAYE, KEVIN CARR, SHANNON PATROLLE, RANDELL HEPP, ANDREW LARSON, JOSEPH FALKE, and ALFONZO LAMBERT,<br><br>　　　　　　Defendants. | Case No. 21-CV-833-JPS<br><br><br>**ORDER** |

　　　　On January 21, 2022, Plaintiff filed a motion to withdraw his earlier-filed motion for a preliminary injunction. (Docket #19, #23). The Court will grant this motion and deny Plaintiff's motion for a preliminary injunction as moot.

　　　　Accordingly,

　　　　**IT IS ORDERED** that Plaintiff's motion to withdraw (Docket #23) be and the same is hereby **GRANTED**; and

　　　　**IT IS FURTHER ORDERED** that Plaintiff's motion for a preliminary injunction (Docket #19) be and the same is hereby **DENIED as moot**.

　　　　Dated at Milwaukee, Wisconsin, this 25th day of January, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　J.P. Stadtmueller
　　　　　　　　　　　　　　　　　　U.S. District Judge